IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK INC., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SLB ENTERPRISE INC. d/b/a ONE LIFE WELLNESS CLINIC, | ) ) No. 2:25-cv-02099-SHL-atc |
| Defendant. | ) ) |
| v. | ) ) |
| BOYER, LLC, | ) ) |
| Third-Party Defendant. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
MOTION TO DISMISS DEADLINE**

Before the Court is Defendant SLB Enterprise, Inc. d/b/a One Life Wellness Clinic's ("One Life") Unopposed Motion to Extend Motion to Dismiss Deadline, filed August 8, 2025. (ECF No. 35.) In the Motion, One Life seeks to extend the motion to dismiss deadline by one week, to August 20, 2025. Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc., do not oppose the extension.

The Court previously extended the same deadline by a week upon the Parties' joint motion. (ECF No. 33.) In doing so, the Court noted that the Parties had made progress toward resolving this matter during a recent mediation and, as part of their agreement to continue settlement discussions, the Parties agreed to provide One Life with an additional week in which

to file a motion to dismiss. (Id. at PageID 142.)[1] According to the Parties, they "are still actively negotiating a settlement in this matter," and this additional extension "will allow the parties time to complete settlement negotiations and resolve this matter without further litigation." (ECF No. 35 at PageID 147.)

For good cause shown, the Motion is **GRANTED**. The deadline to file motions to dismiss is extended until August 20, 2025. This is the last time the deadline will be extended.

**IT IS SO ORDERED,** this 11th day of August, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Third-Party Defendant Boyer LLC, which has yet to appear in the case, participated in the mediation. (ECF No. 32 at PageID 140.)